THE STANDARD OIL Co., APPELLEE, *v.* DONAHUE, TAX COMMR., APPELLANT. (Three cases.)

[Cite as Standard Oil Co. v. Donahue, 10 Ohio St. 2d 134.]

(Nos. 40479, 40480 and 40481—Decided April 19, 1967.)

Messrs. *McAfee, Hanning, Newcomer, Hazlett & Wheeler* and *Mr. Rufus S. Day, Jr.,* for appellee.

*Mr. William B. Saxbe,* attorney general, and *Mr. Edgar L. Lindley,* for appellant.

*Per Curiam.* Appellee, in its brief in this court, concedes that the "Jackpot" and "Tip-Top" commercials were taxable. The decision of the Board of Tax Appeals, modified by excepting therefrom the "Jackpot" and "Tip-Top" commercials, is neither unreasonable nor unlawful, and, as so modified, is affirmed. *Zinc Engravers* v. *Bowers, Tax Commr.*, 168 Ohio St. 43; *White Castle System, Inc.*, v. *Bowers, Tax Commr.*, 172 Ohio St. 141.

*Decision modified and, as modified, affirmed.*

TAFT, C. J., MATTHIAS, O'NEILL, HERBERT and GUERNSEY, JJ., concur.
ZIMMERMAN and BROWN, JJ., dissent.

GUERNSEY, J., of the Third Appellate District, sitting for SCHNEIDER, J.